# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

TANZANIA JONES                                                    PLAINTIFF

v.                              No. 2:26-cv-40-DPM

SHELTER MUTUAL INSURANCE
GROUP                                                            DEFENDANT

## ORDER

1.    Shelter Mutual's motion to dismiss, *Doc. 6*, is granted. Given the heavy burden imposed by Arkansas law, Jones hasn't stated a bad faith claim.  *Southern Farm Bureau Casualty Insurance Co. v. Allen*, 326 Ark. 1023, 1026-27, 934 S.W.2d 527, 529 (1996).

2.    Jones's motion to amend her complaint, *Doc. 9*, is noted. Please file an addendum indicating whether the motion is agreed or opposed. Please also attach a redline amended complaint showing all proposed changes.  Local Rule 5.5(e); *Doc. 8 at 4.*  Addendum and redline due by 24 April 2026.  Shelter Mutual may respond by 1 May 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2026